UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21 Cr. 486 (SHS) |
| -v- | : | CONSENT TO PROCEED BY VIDEOCONFERENCE OR TELECONFERENCE |
| Barbaro Bonilla, | : | |
| Defendant. | : | |

------------------------------------------------------

x SIDNEY H. STEIN, U.S.D.J.

     Defendant _Barbaro Bonilla_____ hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

__x__ Bail/Revocation/Detention Hearing

__x__ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence

| | |
|---|---|
| s/ Barbaro Bonilla | *Lorraine GauliRufo* |
| Defendant's Signature (Judge may obtain Verbal consent on Record and Sign for Defendant | Defense Counsel's Signature |
| | |
| Barbaro Bonilla | Lorraine Gauli-Rufo |
| Print Defendant's Name | Print Defense Counsel's Name |

This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

August 26, 2021
Date

_____
Sidney H. Stein, U.S.D.J.