

**NEW JERSEY OFFICE**
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

**NEW YORK OFFICE**
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

March 16, 2022

*Via ECF and email*
Hon. Sidney H. Stein
U.S. District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *U.S. v Young, et. al., (Barbaro Bonilla)*
21 Cr. 486 (SHS)

Dear Judge Stein:

I represent Barbaro Bonilla in the above matter, and I write to respectfully request a slight modification in his bail in light of the pretrial conference scheduled for tomorrow, March 16, 2022 at 4:30 pm. Mr. Bonilla was released on bail with the condition that he reside with his sister in Plattsburgh, NY. He will be driving to the pretrial conference tomorrow from Plattsburgh and he anticipates that the drive will be at least 5 hours. Prior to driving back, and following the conference, Mr. Bonilla is seeking permission to rest at a Manhattan hotel. He anticipates being back on the road by 11 pm. Mr. Bonilla's Pretrial Service Officer Bill Parker has no objection to this request, as long as he advises Mr. Parker of where he will be resting. The Government, per AUSA Jun Xiang has advised that they defer to Pretrial.

Your Honor's time and consideration of this request is greatly appreciated.

Respectfully submitted:
s/
Lorraine Gauli-Rufo
*Attorney for Barbaro Bonilla*

cc: Jun Xiang, AUSA
    Sarah Mortazavi, AUSA
    Defense Counsel of Record

---

**Handwritten memo endorsement (3/15/2022):**

Defendant is welcome and entitled to be present on 3/16 at 4:30 p.m. but the court perceives no necessity for him to have to travel so far for this status conference. If Ms. Gauli-Rufo wishes to waive his appearance, she may do so. Def. may also call in by telephone. So ordered.

/s/ Sidney H. Stein
USDJ