

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM

April 17, 2026

*Via ECF*
Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

## MEMO ENDORSED

RE: United States v. Bonilla
21-cr-486 (SHS)

Dear Judge Stein:

I was appointed to represent Barbaro Bonilla in the above captioned case pursuant to the Criminal Justice Act ("CJA"). I recently spoke with Mr. Bonilla's U.S. Probation Officer, Noah Joseph, and I believe there are valid grounds to seek early termination of his supervised release. Therefore, I am submitting this letter respectfully requesting that Your Honor reappoint me in connection with that motion. There is no Assistant United States Attorney connected with this matter presently, as all of the AUSAs initially on the matter are no longer with the office. Therefore, I have not cc'd an AUSA below.

Your Honor's time and consideration of this matter is greatly appreciated.

Respectfully Submitted,

cc: Noah Joseph, USPO

*Lorraine Gauli-Rufo*

Lorraine Gauli-Rufo, Esq

**Lorraine Gauli-Rufi is reappointed to represent defendant pursuant to the Criminal Justice Act in connection with any motion regarding defendant's supervised release.**

**Dated: New York, New York**
**April 20, 2026**

SO ORDERED:

Sidney H. Stein, U.S.D.J.