UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

UNITED STATES OF AMERICA, : 21-Cr-486 (SHS)

-against- :

ORDER

BARBARO BONILLA, :

Defendant. :

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that a fact hearing is scheduled for August 19, 2026, at 11:00 a.m. regarding defendant's motion to terminate supervised release.

.

Dated: New York, New York
August 4, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.