UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-486 (SHS) |
| -against- | : | |
| | | ORDER |
| BARBARO BONILLA, | : | |
| Defendant. | : | |

--------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A hearing having been held today regarding defendant's motion for early termination of supervised release [ECF Doc. No. 202],

IT IS HEREBY ORDERED that for the reasons set forth on the record, defendant's motion for early termination of supervised release [ECF Doc. No. 202] is granted.

Dated: New York, New York
September 10, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.